# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ETHAN N. VAETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No: 1:21-cv-124-SNLJ |
| | ) | |
| REMINGTON ARMS COMPANCY, LLC, REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONTE DE NEMOURS & COMPANY. | ) ) ) ) ) ) ) | COMPLAINT AND DEMAND FOR JURY TRIAL |
| Defendants. | ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through his attorney Matthew D. Glenn, of COOK, BARKETT, PONDER & WOLZ, L.C. and prays the court to dismiss the above action without prejudice.

Respectfully submitted,

COOK, BARKETT, PONDER AND WOLZ, L.C.

By: /s/ Matthew D. Glenn
Matthew D. Glenn #53671
1610 North Kingshighway, Suite 201
P. O. Box 1180
Cape Girardeau, MO 63702-1180
Phone: 573/335-6651  Fax : 573/335-6182
Email: mglenn@cbpw-law.com

SO ORDERED this 13th day of September, 2021

_/s/ Stephen N. Limbaugh, Jr._
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2021, the foregoing instrument was filed electronically with the United States District Court, Eastern District of Missouri, Southeastern Division, to be served by operation of the Court's electronic filing system upon the attorneys of record.

/s/   Matthew D. Glenn